JOSEPH P. PURCELL *v.* ORVEL BLACK ET AL.
(10874)

DUPONT, C. J., HEIMAN and SCHALLER, JS.

Argued December 9, 1992—decision released January 5, 1993

*Ridgely W. Brown,* with whom, on the brief, was *Heather M. Brown,* for the appellant (plaintiff).

*Dion W. Moore,* for the appellee (named defendant).

*Kenneth B. Povodator,* assistant corporation counsel, with whom, on the brief, was *Daniel M. McCabe,* corporation counsel, for the appellee (defendant city of Stamford et al.).

PER CURIAM. The judgment is affirmed.